IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF PUERTO RICO

ANDRES VIDARTE ALVARADO
et al.,

    Plaintiffs,

v.                       CIVIL NO. 98-2443(RLA)

EAST CARIBBEAN et al.,

    Defendants.

## ORDER DIRECTING BANCO POPULAR DE PUERTO RICO TO PRODUCE DOCUMENTS

Plaintiffs' unopposed Motion Requesting Order (**docket No. 15**, filed on January 19, 2000) is **GRANTED**. Accordingly, it is

HEREBY ORDERED that BANCO POPULAR DE PUERTO RICO shall furnish, provide, or otherwise allow plaintiffs' legal representative to review, inspect and copy those documents in its possession that are related to the bank account(s) opened by EAST CARIBBEAN CORPORATION, including but not limited to, records of its transactions and copy of the contract signed by EAST CARIBBEAN CORP. and the bank to establish the account.

IT IS SO ORDERED.

In San Juan, Puerto Rico, this 3rd day of February, 2000.

_____
RAYMOND L. ACOSTA
United States District Judge