IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF PUERTO RICO

ANDRES VIDARTE ALVARADO et al.,

  Plaintiffs,

  v.                                      CIVIL NO. 98-2443(RLA)

EAST CARIBBEAN et al.,

  Defendants.

### ORDER GRANTING DEFENDANT'S MOTION TO DISMISS

Defendant BANCO POPULAR DE PUERTO RICO's (BANCO POPULAR) unopposed Motion to Dismiss (docket No. 17, filed on October 16, 2000) is hereby GRANTED.

Accordingly, this action is hereby DISMISSED for plaintiffs' failure to state a claim upon which relief granted.

Judgment to issue.

IT IS SO ORDERED.

In San Juan, Puerto Rico, this 16th day of November, 2000.

RAYMOND L. ACOSTA
United States District Judge