IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF PUERTO RICO

ANDRES VIDARTE ALVARADO et al.,

    Plaintiffs,

v.

EAST CARIBBEAN et al.,

    Defendants.

CIVIL NO. 98-2443 (RLA)

## **FINAL JUDGMENT**

The Court having granted the motion to dismiss filed by defendant BANCO POPULAR DE PUERTO RICO through its Order issued on this date, it is

HEREBY ORDERED AND ADJUDGED that the complaint in this action be and the same is hereby DISMISSED.

IT IS SO ORDERED.

San Juan, Puerto Rico, this 16 day of November, 2000.

_____
RAYMOND L. ACOSTA
United States District Judge